**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JAMES E. LEE, et al.,**

    **Plaintiffs,**

v.                                              **CASE NO: 8:07-CV-445-T-30EAJ**

**THE SHERWIN-WILLIAMS COMPANY,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Plaintiffs have failed to show cause, in writing, why this action should not be dismissed for failure to file a Case Management Report pursuant to Local Rule 3.05, in accordance with this Court's Order to Show Cause (Dkt. #7) entered on August 1, 2007. It is therefore

    **ORDERED AND ADJUDGED** as follows:

    1)    This cause is dismissed without prejudice.

    2)    All pending motions are denied as moot.

    3)    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on August 27, 2007.

                                                JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

**COPIES TO:**
Counsel/Parties of Record

*F:\Docs\2007\07-cv-445.dismissal.wpd*